# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **TERESA FRANCO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **EP-07-CV-0074-KC** |
| | § | |
| **NATIONAL ASSET RECOVERY** | § | |
| **SERVICES, INC., et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, this Court considered Plaintiff's Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1), "an action may be dismissed by the plaintiff without order of court . . . (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice." FED. R. CIV. P. 41(a)(1). Both parties have signed the Stipulation and have requested that the action be dismissed with prejudice. Accordingly, the Court hereby **DISMISSES** the case with prejudice.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** on this 16th day of April 2007.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE