AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TEXAS__

Teresa Franco

**JUDGMENT IN A CIVIL CASE**

v.

Case Number:   07-CV-0074-KC

National Asset Recovery Services, Inc., et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
consistent with this Court's Order filed on April 16, 2007, the Stipulation of Dismissal with prejudice is **APPROVED**. The above-captioned cause is hereby **DISMISSED** with prejudice.

April 16, 2007
Date

William G. Putnicki
Clerk

(By) Deputy Clerk